USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

PUBLIC PATENT FOUNDATION, INC., : 09 Civ. 5471 (RJH)

                Plaintiff, :

               : **SCHEDULING ORDER**

    -against- :

McNEIL-PPC, INC., :

                Defendant. :

------------------------------------------------------------x

The Court is in receipt of defendant's motion to dismiss and supporting memorandum, filed October 5, 2009 [10-11], of plaintiff's opposition to this motion, filed November 5, 2009 [18], of the opposition of the United States, filed as intervenor on November 30, 2009 [22], and of defendant's reply memorandum of law, filed December 11, 2009 [25]. The Court will hold an oral argument on Wednesday, September 22, 2010 at 3:00 PM. The parties are to appear in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York NY 10007.

                                    SO ORDERED:

Dated: New York, New York
         September 17, 2010

                                   Richard J. Holwell
                                   United States District Judge

1